**No. 11-5575. Daniel Valencia, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

565 U.S. 1102, 132 S. Ct. 870, 181 L. Ed. 2d 568, 2011 U.S. LEXIS 8905.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 946, 132 S. Ct. 403, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7310.

**No. 11-5645. Elena Sturdza, Petitioner v. United Arab Emirates, et al.**

565 U.S. 1102, 132 S. Ct. 870, 181 L. Ed. 2d 568, 2011 U.S. LEXIS 9004.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 948, 132 S. Ct. 407, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7438.

**No. 11-5659. Annamarie Riethmiller, Petitioner v. Danuta Fabisiak, et al.**

565 U.S. 1102, 132 S. Ct. 870, 181 L. Ed. 2d 568, 2011 U.S. LEXIS 8956.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 948, 132 S. Ct. 407, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7405.

**No. 11-5708. Donald Messina, Petitioner v. Michael S. Marshall, et al.**

565 U.S. 1102, 132 S. Ct. 871, 181 L. Ed. 2d 568, 2011 U.S. LEXIS 8893.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 949, 132 S. Ct. 410, 181 L. Ed. 2d 269, 2011 U.S. LEXIS 7449.

**No. 11-5771. Rico R. McCoy, Petitioner v. Kim T. Thomas, Interim Commissioner, Alabama Department of Corrections, et al.**

565 U.S. 1102, 132 S. Ct. 871, 181 L. Ed. 2d 568, 2011 U.S. LEXIS 8910.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 951, 132 S. Ct. 416, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7428.

**No. 11-5818. LaVon S. Pressley, Petitioner v. CaroMont Health Incorporated, et al.**

565 U.S. 1102, 132 S. Ct. 871, 181 L. Ed. 2d 568, 2011 U.S. LEXIS 8985.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 952, 132 S. Ct. 419, 181 L. Ed. 2d 274, 2011 U.S. LEXIS 7395.